IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIDNEY PERRY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TINA MONROE, C. BRADLEY, C/O )<br>MOORE, and LT. DILDAY )<br>)<br>    Defendants. ) | Case No. 3:09-cv-239-MJR-DGW |

**ORDER**

**MOTION TO APPOINT COUNSEL**

On May 24, 2010, the Court appointed attorney Peter C. Bastianen to represent Plaintiff in this prisoner civil rights action (Doc. 19). On June 9, 2010, Attorney Bastianen filed a motion seeking to decline the appointment and withdraw as counsel (Doc. 27). The Court denied that motion on July 21, 2010 (Doc. 39). Now pending before the Court is Plaintiff's second motion to appoint counsel, which he filed before the Court denied the motion to withdraw (Doc. 33). As the Court has now denied the motion to withdraw; Plaintiff's request for another attorney is **MOOT**.

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

On July 20, 2010, Attorney Bastianen filed a motion to extend the time to respond to Defendants' discovery requests (Doc. 20). That motion is **GRANTED**. Plaintiff shall respond to the discovery requests already propounded by Defendants by **October 18, 2010.**

**MOTION TO STRIKE**

On July 28, 2010, Defendants filed a Motion to Strike Plaintiff's *pro se* motion for a Temporary Restraining Order and Preliminary or Permanent Injunction (Doc. 41). The motion is **GRANTED**. The Clerk is **DIRECTED** to Strike the Motion for Temporary Restraining Order and

Preliminary or Permanent Injunction (Doc. 32). Plaintiff is **ADVISED** that because he is now represented by counsel, he should not file any documents with the Court except through his attorney.

**IT IS SO ORDERED.**

**DATED: July 30, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**